THE STATE OF OHIO, APPELLEE, *v.* EL-AMIN, APPELLANT.

**[Cite as *State v. El-Amin,* 130 Ohio St.3d 273, 2011-Ohio-5718.]**

*Discretionary appeal accepted, court of appeals' judgment vacated, and cause remanded for proceedings consistent with* State v. Lester.

(No. 2011-1133—Submitted November 2, 2011—Decided November 9, 2011.)

APPEAL from the Court of Appeals for Lucas County, No. L-10-1356, 2011-Ohio-2570.

_____

**{¶ 1}** The discretionary appeal is accepted.

**{¶ 2}** The judgment of the court of appeals is vacated, and the cause is remanded to the court of appeals for proceedings consistent with *State v. Lester*, 130 Ohio St.3d 303, 2011-Ohio-5204, 958 N.E.2d 142.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, CUPP, and MCGEE BROWN, JJ., concur.

LANZINGER, J., dissents.

_____

Julia R. Bates, Lucas County Prosecuting Attorney, and Brenda J. Majdalani, Assistant Prosecuting Attorney, for appellee.

Deborah Kovac Rump, for appellant.

_____